1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8                                          CR-13-745-PHX-DGC (SPL)
9    United States of America,          )  No.  13-7177M
                                        )
10                  Plaintiff,          )
                                        )
11   vs.                                )  **ORDER**
                                        )
12   Felipe De Jesus Beltran-Diaz,      )
                                        )
13                  Defendant.          )
     _____)
14

15       Upon Defendant's Motion for Substitution of Counsel of Record (Doc. 6),

16       **IT IS HEREBY ORDERED** withdrawing Gabriel Valdez, Jr., as counsel of record in

17   the above-entitled action.

18       **IT IS FURTHER ORDERED** substituting retained attorney Melinda Jean Kovacs,

19   Alcock & Associates PC, 2 N. Central Ave., 26th Fl., Phoenix, AZ 85004, 602-404-6000, as

20   counsel of record for Defendant effective immediately.

21       The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to

22   _____.

23       DATED this 29th day of May, 2013.

24

25       _____
                     David K. Duncan
26              United States Magistrate Judge

27

28